UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80038-CV-MARRA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

PETROLEUM UNLIMITED, LLC,
PETROLEUM UNLIMITED II, LLC,
ROGER A. KIMMEL, JR., HARRY NYCE,
MICHEL-JEAN GERAUD, ROBERT ROSSI,
JOSEPH VALKO, and
MORGAN KIMMEL, n/k/a MORGAN PETITTI,

Defendants.
_____/

## FINAL JUDGMENT IMPOSING CIVIL PENALTY AGAINST DEFENDANT ROBERT ROSSI

THIS MATTER is before the Court on Plaintiff Securities and Exchange Commission's

Motion for Entry of Judgments of Civil Penalty Against Defendants Robert Rossi and Joseph

Valko (D.E. 21 ). The Court has fully considered the motion, the record, and being fully

advised in the premises, orders as follows:

IT IS ORDERED AND ADJUDGED that the Commission's motion to impose civil

penalties is GRANTED and Final Judgment is entered against Defendant Robert Rossi as

follows:

I.

## CIVIL PENALTY

IT IS ORDERED AND ADJUDGED that Rossi is liable for a civil penalty in the

amount of $130,000 pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and

Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)]. Rossi shall satisfy his obligation to pay

a civil penalty by paying $130,000 within fourteen (14) days of entry of this Final Judgment.

Rossi shall pay this sum by sending a U.S. postal money order, certified check, bank cashier's check or bank money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street NE, Mail Stop 6042, Washington, DC 20549, and shall be accompanied by a letter identifying Rossi as a defendant in this action, setting forth the title and civil action number of this action and the name of this Court, and specifying that payment is being made on Rossi's behalf and pursuant to this Final Judgment. Rossi shall simultaneously transmit photocopies of such payment and letter to Christine Nestor, Esq., the Commission's counsel in this action at U.S. Securities and Exchange Commission, Miami Regional Office, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury. Rossi shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court will retain jurisdiction over this matter and Rossi in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

## III.

## RULE 54(b) CERTIFICATION

**IT IS FURTHER ORDERED AND ADJUDGED** that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of April, 2012.

_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

Copies to counsel and parties of record

3