UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80038-CV-MARRA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

PETROLEUM UNLIMITED, LLC,
PETROLEUM UNLIMITED II, LLC,
ROGER A. KIMMEL, JR., HARRY NYCE,
MICHEL-JEAN GERAUD, ROBERT ROSSI,
JOSEPH VALKO, and
MORGAN KIMMEL, n/k/a MORGAN PETITTI,

Defendants.
_____/

**FINAL JUDGMENT IMPOSING CIVIL PENALTY AGAINST
DEFENDANT JOSEPH VALKO**

**THIS MATTER** is before the Court on Plaintiff Securities and Exchange Commission's Motion for Entry of Judgments of Civil Penalty Against Defendants Robert Rossi and Joseph Valko (D.E. 27). The Court has fully considered the motion, the record, and being fully advised in the premises, orders as follows:

**IT IS ORDERED AND ADJUDGED** that the Commission's motion to impose civil penalties is GRANTED and Final Judgment is entered against Defendant Joseph Valko as follows:

I.

**CIVIL PENALTY**

**IT IS ORDERED AND ADJUDGED** that Valko is liable for a civil penalty in the amount of $130,000 pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)]. Valko shall satisfy his obligation to pay a civil penalty by paying $130,000 within fourteen (14) days of entry of this Final Judgment.

Valko shall pay this sum by sending a U.S. postal money order, certified check, bank cashier's check or bank money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street NE, Mail Stop 6042, Washington, DC 20549, and shall be accompanied by a letter identifying Valko as a defendant in this action, setting forth the title and civil action number of this action and the name of this Court, and specifying that payment is being made on Valko's behalf and pursuant to this Final Judgment. Valko shall simultaneously transmit photocopies of such payment and letter to Christine Nestor, Esq., the Commission's counsel in this action at U.S. Securities and Exchange Commission, Miami Regional Office, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury. Valko shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court will retain jurisdiction over this matter and Valko in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

## III.

## RULE 54(b) CERTIFICATION

**IT IS FURTHER ORDERED AND ADJUDGED** that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of April, 2012.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to counsel and parties of record